



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00144-CV

**IN RE ELBEE INVESTMENTS, ELBEE INVESTMENTS, INC.,**
and **Erma BLOCK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Phylis Speedlin, Justice
     Steven C. Hilbig, Justice

Delivered and Filed:  May 11, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED

On April 21, 2011, relator filed a motion to dismiss the pending petition for writ of mandamus, which asks this court to dismiss the mandamus proceeding because the parties have reached a settlement agreement.  Accordingly, relator's petition for writ of mandamus is DISMISSED.  *See* TEX. R. APP. P. 42.1(a)(1).

                PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-PC-2661, styled *In the Estate of Leo Block*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.